

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

naduston@norris-law.com

April 10, 2025

**VIA PACER:**
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Frisch v. Likeopedia, LLC et al, Case No. 1:23-cv-03904-VM*

Dear Judge Marrero:

      This firm represents Plaintiff Steven Frisch in the above-referenced matter. Plaintiff and Defendants Likeopedia, LLC "(Liker"), Omar Rivero, FG Likeopedia LLC, FG Investments, LLC, Tribel LLC, and Christopher Findlater, hereby submit the following joint letter to request a settlement conference before Magistrate Judge Moses and a stay of the current discovery deadlines in advance of said conference. The parties have timely served discovery demands and initial disclosures pursuant to the February 20, 2025 Scheduling Order [Docket No. 60]. Responses to said discovery demands are currently due April 21, 2025, with depositions to be completed by June 18, 2025.

      Concurrently with the initial discovery efforts, the parties have engaged in renewed settlement talks, and believe that a settlement of the matter may be possible at this time. To avoid further unnecessary expense the parties hereby request a stay of the current discovery schedule pending the requested settlement conference, with a new schedule to be set following the settlement conference if said conference does not achieve settlement of this matter. Thank you for your consideration in this matter.

      Respectfully Submitted,

      */s/Nicholas A. Duston*
      Nicholas A. Duston

Attachment.
cc: Nathaniel Read, via PACER
    Jasen Fears, via PACER



Request **GRANTED.**
The Court hereby grants the parties' request to stay discovery deadlines in this action pending the requested settlement conference.

**SO ORDERED.**
11 April 2025
DATE
VICTOR MARRERO, U.S.D.J.