

7 Times Square
21st Floor
New York, NY  10036

T: 212-808-0700
F: 212-808-0844

naduston@norris-law.com

July 29, 2025

**VIA PACER:**
Hon. Victor Marrero
Daniel Patrick Moynihan Courthouse
U.S. District Court - SDNY
500 Pearl Street
New York, NY 10007-1312

      Re:    *Frisch v. Likeopedia, LLC et al, Case No. 1:23-cv-03904-VM*

Dear Judge Marrero:

    This firm represents Plaintiff Steven Frisch in the above-referenced matter. On April 11, 2025, Plaintiff and Defendants Likeopedia, LLC "(Liker"), Omar Rivero, FG Likeopedia LLC, FG Investments, LLC, Tribel LLC, and Christopher Findlater, submitted a joint letter to requesting a settlement conference before Magistrate Judge Moses and a stay of the current discovery deadlines in advance of said conference. Your Honor granted said request and stayed discovery by order dated April 11, 2025. Since that time, no conference has occurred.

    Plaintiff contacted Magistrate Judge Moses's chambers, who informed Plaintiff that Judge Moses is waiting on a reference order to conduct the settlement conference. Plaintiff contacted Your Honor's chambers last week, and was instructed by your clerk to file a letter requesting said order. Plaintiff hereby requests an order of reference to the Magistrate Judge so the parties may proceed with the planned settlement conference.

    Thank you for your consideration in this matter.

                                Respectfully Submitted,

                                */s/Nicholas A. Duston*
                                Nicholas A. Duston

cc: Nathaniel Read, via PACER
    Jasen Fears, via PACER

