IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN J. FRISCH,<br><br>Plaintiffs,<br><br>- against -<br><br>LIKEOPEDIA, LLC, OMAR RIVERO, FG LIKEOPEDIA, LLC, FG INVESTMENTS, LLC, CHRISTOPHER FINDLATER, and TRIBEL, LLC,<br><br>Defendants. | Civil Case No.: 1:23-cv-03904 (VM)(BM)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between plaintiff, Steven J. Frisch ("Frisch") and defendants Christopher Findlater ("Findlater"), FG Likeopedia, LLC, ("FG Likeopedia,"), and FG Investments, LLC ("FG Investments," and, together with Findlater and FG Likeopedia, the "Findlater Defendants"), that all claims between Frisch and the Findlater Defendants in the above-captioned action be and hereby are dismissed in their entirety with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(2). FG Likeopedia further stipulates to the dismissal of its cross claim against Omar Rivero without prejudice. This stipulation otherwise has no effect on any parties' claims as to the remaining defendants to this action.

| | |
|---|---|
| **NORRIS McLAUGHLIN, P.A.**<br>*Attorneys for Plaintiff Steven J. Frisch.* | **N. READ & CO. PLLC**<br>*Attorneys for the Findlater Defendants* |
| By: */s/ Kevin J. Hale*<br>Kevin J. Hale, Esq.<br>Dated: January 11, 2026 | By: */s/ Nathaniel P.T. Read*<br>Nathaniel P.T. Read, Esq.<br>Dated: January 9, 2026 |

SO ORDERED:

Date: January ____, 2026

_____
Hon. Victor Marrero, U.S.D.J.