```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/28/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN J. FRISCH,

        Plaintiff,

    -against-

LIKEOPEDIA, LLC, et al.,

        Defendants.

23-CV-3904 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of the letter-motion brought by Jasen Fears of Muchmore & Associates PLLC to withdraw as counsel for defendants Likeopedia, LLC and Omar Rivero. Moving counsel must promptly serve copies of his letter-motion and this Order upon both of his clients, and file proof of such service on the docket.[1]

Any party wishing to respond to the withdrawal motion must do so, in writing, no later than **February 6, 2026**. If defendants wish to submit any confidential material in support of their response, they may send their papers directly to chambers by mail or courier, addressed to "Chambers of Magistrate Judge Barbara Moses, United States District Court, 500 Pearl Street, New York, NY 10007," marked, "Confidential Material."

Dated:  New York, New York
       January 28, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The proof of service must specify the postal or email address(es) to which the papers were sent.