UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN J. FRISCH,

       Plaintiff,

    -against-

LIKEOPEDIA, LLC, et al.,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/12/26

23-CV-3904 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received a confidential letter from defendant Omar Rivero responding to the motion to withdraw (Dkt. 78) filed by his attorney Jasen Fears. The Court is not placing Mr. Rivero's letter on the docket as it reveals confidential attorney-client communications between Mr. Rivero and Mr. Fears.

However, it is not clear whether Mr. Fears has received a copy of his client's letter. Consequently, out of an abundance of caution, Mr. Rivero is hereby ordered to promptly serve a copy of his letter on his counsel.

Mr. Fears may file a reply with the Court (confidentially, if necessary) no later than **February 20, 2026**.

Dated:  New York, New York        **SO ORDERED.**
        February 12, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**