UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN J. FRISCH,

Plaintiff,

-against-

LIKEOPEDIA, LLC, et al.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2026__

23-CV-03904 (VM) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a continued settlement conference in this action on **May 14, 2026**, at 2:15 p.m., via Zoom. The videoconferencing link will be emailed to counsel closer to the date of the conference. One week prior to the conference, on **May 7, 2026**, the parties must jointly submit a confidential letter to chambers, by email, updating the Court as to their settlement efforts and setting out each party's most recent demand or offer.

Dated: New York, New York
      April 13, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**