

**NORRIS McLAUGHLIN** | P.A.
ATTORNEYS AT LAW

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

kjhale@norris-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2026

April 28, 2026

**VIA PACER:**
Hon. Barbara C. Moses
Daniel Patrick Moynihan Courthouse
U.S. District Court - SDNY
500 Pearl Street, Courtroom 20A
New York, NY 10007-1312

# MEMO ENDORSED

Re:  *Frisch v. Likeopedia, LLC et al, Case No. 1:23-cv-03904-VM* – **Letter Motion pursuant to Court Order requesting adjournment of settlement conference**

Dear Magistrate Judge Moses:

This firm represents Plaintiff Steven Frisch ("Frisch") in the above-referenced matter. Pursuant to the Court's email request dated April 20, 2026, Frisch hereby moves to have the remote settlement conference currently scheduled in the above matter on May 14, 2026, to **May 13, 2026, at 2:15pm, via Zoom**, or such other date and time that is convenient for the Court if that date no longer works. As stated in Mr. Duston's email dated April 17, 2026, counsel for the remaining defendants has consented to this request.

Thank you for your consideration in this matter.

Application GRANTED. The settlement conference previously scheduled for May 14, 2026, is hereby RESCHEDULED to **May 13, 2026, at 2:15 p.m.**, via Zoom. The videoconferencing link will be emailed to counsel closer to the date of the conference. One week prior to the conference, on May 6, 2026, the parties must jointly submit a confidential letter to chambers, by email, updating the Court as to their settlement efforts and setting out each party's most recent demand or offer. SO ORDERED.

Barbara Moses
United States Magistrate Judge
April, 28, 2026

Respectfully Submitted,

*/s/Kevin J. Hale*
Kevin J. Hale, Esq
Nicholas A. Duston



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM