

**NORRIS McLAUGHLIN** | P.A.

ATTORNEYS AT LAW

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

kjhale@norris-law.com

**MEMO ENDORSED**

April 29, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/29/26__

**VIA PACER:**
Hon. Barbara C. Moses
Daniel Patrick Moynihan Courthouse
U.S. District Court - SDNY
500 Pearl Street, Courtroom 20A
New York, NY 10007-1312

Re:     *Frisch v. Likeopedia, LLC et al, Case No. 1:23-cv-03904-VM* – **Letter
Motion pursuant to Court requesting adjournment of status
conference**

Dear Magistrate Judge Moses:

This firm represents Plaintiff Steven Frisch ("Frisch") in the above-referenced matter. Pursuant to the instructions of the Court's clerk, Plaintiff submits this letter motion requesting that the status conference currently scheduled for April 30, 2026 at 11am, be adjourned in light of the upcoming settlement conference on May 13, 2026, to conserve the Court's and the parties time and resources. Defendants' counsel has consented to this request.

Thank you for your consideration in this matter.

Application GRANTED. The **April 30, 2026 status conference is hereby ADJOURNED** *sine die* to conserve the parties time and resources leading up to the May 13, 2026 settlement conference. SO ORDERED.

Barbara Moses
United States Magistrate Judge
April 29, 2026

Respectfully Submitted,

*/s/Kevin J. Hale*
  Kevin J. Hale, Esq
  Nicholas A. Duston



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

**WWW.NORRISMCLAUGHLIN.COM**