USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   05/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN J. FRISCH, | |
| Plaintiff, | |
| -against- | |
| LIKEOPEDIA, LLC, et al., | |
| Defendants. | |

23-CV-03904 (VM) (BCM)

**ORDER REGARDING SETTLEMENT STATUS LETTER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the May 13, 2026 settlement conference, the parties must jointly submit a confidential letter to chambers, by email, no later than **June 15, 2026**, updating the Court as to their progress in finalizing their settlement.

Dated: New York, New York
       May 13, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**