USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/15/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN J. FRISCH,

      Plaintiff,

-against-

LIKEOPEDIA, LLC, et al.,

      Defendants.

23-CV-03904 (VM) (BCM)

**ORDER REGARDING
SETTLEMENT STATUS**

**BARBARA MOSES, United States Magistrate Judge.**

On May 13, 2026, following a settlement conference before me, I directed the parties to jointly submit a confidential letter, no later than June 15, 2026, updating the Court as to their progress in finalizing their settlement. (Dkt. 92.) The parties submitted that letter on June 12, 2026, and requested a three-week extension to continue settlement discussions. That request is GRANTED. The parties must submit a further joint confidential letter to chambers, by email, no later than **July 6, 2026**, updating the Court as to their continued progress in finalizing their settlement.

Dated: New York, New York
       June 15, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**