USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 07/06/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN J. FRISCH,

Plaintiff,

-against-

LIKEOPEDIA, LLC, et al.,

Defendants.

23-CV-03904 (VM) (BCM)

**ORDER REGARDING SETTLEMENT STATUS**

**BARBARA MOSES, United States Magistrate Judge.**

On May 13, 2026, following a settlement conference before me, I directed the parties to jointly submit a confidential letter, no later than June 15, 2026, updating the Court as to their progress in finalizing their settlement. (Dkt. 92.) The parties submitted that letter on June 12, 2026, and requested a three-week extension to continue settlement discussions. That request was granted, and I directed the parties to submit a further update letter no later than July 6, 2026.

The parties have submitted that further update, informing the Court that the final language of the settlement is being negotiated and requesting an additional three-week extension to finalize the agreement. That request is GRANTED. The parties must submit a further joint confidential letter to chambers, by email, no later than **July 27, 2026**, updating the Court as to their continued progress in finalizing their settlement.

Dated: New York, New York
July 6, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**