USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 08/18/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN J. FRISCH,

Plaintiff,

-against-

LIKEOPEDIA, LLC, et al.,

Defendants.

23-CV-03904 (VM) (BCM)

**ORDER REGARDING SETTLEMENT STATUS**

**BARBARA MOSES, United States Magistrate Judge.**

On July 28, 2026, I directed the parties to jointly submit a further letter, no later than August 17, 2026, updating the Court as to their progress in finalizing their settlement. (Dkt. 96.) The parties submitted that letter confidentially, by email to my chambers inbox, informing the Court that the final language of the settlement is being negotiated and requesting an additional three-week extension to finalize the agreement. I note that this is the *fourth* such extension the parties have requested. *See* Dkts. 93, 94, 95. The parties' current request is GRANTED. The parties must submit a further joint confidential letter to chambers, by email, no later than **September 8, 2026**, as to whether they have finalized their settlement. The Parties should not expect the Court to continue to grant extension requests indefinitely.

Dated: New York, New York
August 18, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**