NORRIS McLAUGHLIN | P.A.
ATTORNEYS AT LAW

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

naduston@norris-law.com
kjhale@norris-law.com

October 9, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:______________
DATE FILED: 10/14/26

**VIA PACER:**
Hon. Victor Marrero
Daniel Patrick Moynihan Courthouse
U.S. District Court - SDNY
500 Pearl Street, Courtroom 15B
New York, NY 10007-1312

Re: *Frisch v. Likeopedia, LLC et al, Case No. 1:23-cv-03904-VM* – Letter Application for Extension of Deadline to file Request to Restoration of Action to Active Calendar

Dear Judge Marrero:

This firm represents Plaintiff Steven Frisch ("Frisch" or "Plaintiff") in the above-referenced matter. Pursuant to the Court's Order Conditionally Discontinuing this action, dated September 11, 2026, the parties' deadline in this action to file a stipulation of dismissal, or to request return of the matter to the active trial calendar is Tuesday, October 13, 2026.[1] Earlier this week, the parties came to a final agreement on the language of the settlement agreement. Plaintiff has signed the agreement and we are awaiting signature by the defendants, which defense counsel has indicated will be coming shortly.

Therefore, Plaintiff requests an extension of the time to file the stipulation of dismissal or request to restore the case by two weeks, until October 27th, 2026, so that the parties may have a fully signed final agreement and submit the stipulation of dismissal for the court's signature to avoid any unnecessary use of the parties' or the Court's time and resources.

Thank you for your consideration in this matter.

Request **GRANTED**.
Plaintiff is hereby directed to file the stipulation of dismissal or request to restore the case by October 27, 2026.

**SO ORDERED.**
10/14/26
DATE

VICTOR MARRERO, U.S.D.J.

Respectfully Submitted,

*/s/Kevin J. Hale*
Kevin J. Hale, Esq

[1] The deadline is 30 days from the Order, which falls on Sunday, October 11, and is tolled until October 13 due to the federal holiday on Monday October 12.